**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-7942**

―――――――――

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

SEAN JEROME ESCOFFERY,

              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:98-cr-00126-BO-1)

―――――――――

Submitted:  May 13, 2014                   Decided:  May 22, 2014

―――――――――

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Sean Jerome Escoffery, Appellant Pro Se.   Matthew Fesak,
Assistant United States Attorney, Shailika K. Shah, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Jerome Escoffery appeals the district court's order dismissing his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Escoffery, No. 5:98-cr-00126-BO-1 (E.D.N.C. Nov. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED